**J. J. ADAMS' ADM'R, Appellant, v. Lena Brown HARPST, et al., Appellees.**

Court of Appeals of Kentucky.

**May 25, 1943.**

Terry L. Hatchett for appellant.

C. B. Latimer for appellees.

PER CURIAM.

Appeal denied; judgment affirmed.

**Scott PROCTER et al., Appellants, v. John BAIRD, et al., Appellees.**

Court of Appeals of Kentucky.

June 1, 1943.

Oscar M. Smith for appellants.

I. G. Mason for appellees.

PER CURIAM.

Appeal denied; judgment affirmed.

**PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, Movant, v. Henry RIDDELL, Opposed.**

Court of Appeals of Kentucky.

June 8, 1943.

John W. Walker for movant.

Shumate & Shumate opposed.

PER CURIAM.

Appeal denied; judgment affirmed.